UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| FELIPE GUZMAN DIAZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-00631-JRS-MKK |
| ) | |
| SAM OLSON Field Officer Director of ) | |
| Enforcement and Removal Operations, Chicago ) | |
| Field Office, Immigration and Customs ) | |
| Enforcement, ) | |
| KRISTI NOEM Secretary U.S. Department of ) | |
| Homeland Security, ) | |
| PAMELA BONDI U.S. Attorney General, ) | |
| TODD LYONS In his official capacity as Acting ) | |
| Director of Immigration and Customs ) | |
| Enforcement, ) | |
| BRISON SWEARINGEN Clay County Sheriff, ) | |
| ) | |
| Respondents. ) | |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 30, 2025, and issued final judgment that same day. Dkts. 14, 15. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/21/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

1